# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GARCIA, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>                              Petitioner,<br>vs.<br><br>FALLBROOK HOSPITAL CORPORATION d/b/a FALLBROOK HOSPITAL,<br><br>                              Respondent. | CASE NO.  13CV1159-GPC(WMC)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO DISMISS CASE**<br><br>[Dkt. No. 22.] |

On May 1, 2014, Petitioner filed a motion with the Court to dismiss this case. (Dkt. No. 22.)  Respondent filed a non opposition on June 6, 2014. (Dkt. No. 24.) The Motion was based on the following:

1.     On May 16, 2013, Petitioner Olivia Garcia, Regional Director of Region 21 of the National Labor Relations Board (NLRB), for and on behalf of the NLRB, petitioned the Court for a temporary injunction in this matter under 29 U.S.C. Sec. 160(j), pending final determination of the charges filed with the NLRB by California Nurses Association/National Nurses Organizing Committee (CNA/NNOC), AFL-CIO, against Fallbrook Hospital Corporation d/b/a Fallbrook Hospital (Respondent).

2.     On June 7, 2013, the Court issued its Order granting the petition for temporary

1 injunction. On June 11, 2013, the Court issued the temporary injunction.

2 3. On April 14, 2014, the NLRB issued its Decision and Order on the unfair labor practice complaint underlying the petition for injunction. The case is reported as Fallbrook Hospital Corporation d/b/a Fallbrook Hospital, 360 NLRB No. 73 (2014).

4. The issuance of the NLRB's Decision and Order renders the injunction proceeding moot. Johansen ex rel. NLRB v. Queen Mary Restaurant Corp., 522 F.2d 6 (9th Cir. 1975). Accordingly, this case before the Court should be dismissed, without prejudice.

5. Petitioner and Respondent were unable to reach agreement on a Joint Stipulation to Dismiss this case, i.e. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Based on the above, the underlying record in this proceeding, Respondent's non opposition, and good cause appearing therefore, the Court GRANTS Petitioner's motion to dismiss this case, without prejudice. The hearing set for June 27, 2014 shall be **vacated.**

IT IS SO ORDERED.

DATED: June 11, 2014

HON. GONZALO P. CURIEL
United States District Judge